UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

IN RE:      MAYES, LINDA GAIL

                    DEBTOR(S)            CASE NO. 13-31668
                                         CHAPTER 7

<u>ORDER ALLOWING SALE OF PROPERTY FREE AND CLEAR OF LIENS</u>

Upon Motion of the Trustee pursuant to 11 U.S.C. §363(f)(3) seeking

authorization to sell the property located at 2421 Fine Street, Knoxville, TN belonging to

the estate, notice to the judgment lien holder, Republic Finance, LLC C/O John Tyler

Roper,

IT IS ORDERED that Ann Mostoller, Trustee, is allowed to sell the property

described above free and clear of all liens at the time and place set forth in the motion,

with lien rights of creditors, if any, attaching to the proceeds.

IT IS FURTHER ORDERED that the Trustee may pay from the sale proceeds

$2,250.00 to Republic Finance, LLC C/O John Tyler Roper, all costs of sale normally

incurred, including proration of taxes, fee to title company for closing, and real estate

commission of ten (10%), as provided in the application of employment.

IT IS FURTHER ORDERED that the sale maybe concluded upon the entry of

this Order and is not stayed until the expiration of ten days after the entry of the Order.

###

APPROVED FOR ENTRY:


/s/ Ann Mostoller_____
Ann Mostoller, #001146
Attorney for Trustee
Mostoller, Stulberg, Whitfield & Allen
136 South Illinois Avenue, Suite 104
Oak Ridge, TN 37830
(865) 482-4466
twilliams@msw-law.com